# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| ALEIA BROWN,<br><br>Petitioner,<br><br>vs.<br><br>JAMES SALMONSON,<br><br>Respondent. | CV-18-20-BU-BMM-JCL<br><br><br><br>**ORDER** |

United States Magistrate Judge Jeremiah C. Lynch entered his Order and Findings and Recommendations in this case on April 19, 2018, recommending dismissal of Petitioner Aleia Brown's petition for writ of habeas corpus under 28 U.S.C. § 2254. (Doc. 5.) Neither party filed objections. When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Thomas v. Arn*, 474 U.S. 140, 149-52 (1986). This Court will review Judge Lynch's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Lynch found, and this Court agrees, that this matter should be dismissed because Brown has not filed an individual petition for habeas corpus

1

relief as directed. Brown is precluded from filing his request for habeas relief en masse with other petitioners. Thus, his petition will be dismissed without prejudice.

The Court has reviewed Judge Lynch's Findings and Recommendations for clear error. The Court finds no error in Judge Lynch's Findings and Recommendations, and adopts them in full.

**IT IS ORDERED** that Judge Lynch's Findings and Recommendations (Doc. 5), are **ADOPTED IN FULL.**

**IT IS ORDERED** that Brown's Petition (Doc. 2) is **DISMISSED WITHOUT PREJUDICE**.

**IT IS ORDERED** that the Clerk of Court shall enter a judgment of dismissal.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

DATED this 24th day of July, 2018.

Brian Morris
United States District Court Judge